| | |
|---|---|
| Dan Stormer, Esq. [S.B. # 101967]<br>Cindy Pánuco, Esq. [S.B. #266921]<br>HADSELL STORMER & RENICK LLP<br>128 N. Fair Oaks Avenue<br>Pasadena, California 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Emails: dstormer@hadsellstormer.com<br>           cpanuco@hadsellstormer.com<br><br>Joshua Piovia-Scott, Esq. [S.B. #222364]<br>HADSELL STORMER & RENICK LLP<br>4300 Horton Street, #15<br>Emeryville, CA 94608<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Email: jps@hadsellstormer.com | Kathleen E. Brody (Bar No. 026331)<br>Darrell L. Hill (Bar No. 030424)<br>ACLU Foundation of Arizona<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>Telephone: 602-650-1854<br>Emails: kbrody@acluaz.org<br>           dhill@acluaz.org<br><br>Daniel J. Pochoda (Bar No. 021979)<br>ACLU Foundation of Arizona<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>Email: danpoc@cox.net |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation, and Poder in Action, an incorporated organization, as injunctive relief Plaintiffs only; Ira Yedlin, Janet Travis, Cynthia Guillen, individually and as class representatives,<br><br>            Plaintiffs,<br><br>v.<br><br>City of Phoenix, a Municipal Corporation; Jeri L. Williams, individually and in her official capacity; Benjamin Moore, Douglas McBride, Robert Scott, Christopher Turiano, Glenn Neville, John Sticca, Lane White, Jeffrey Howell, George Herr, individually; and Does 1-20.<br><br>            Defendants. | No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT FOR PUENTE ARIZONA** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Puente, a non-profit organization, states that it has no parent corporations and there is no publicly held corporation that owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 4th day of September, 2018.

ACLU FOUNDATION OF ARIZONA
By <u>Kathleen E. Brody</u>
   Kathleen E. Brody
   Darrell L. Hill
   Daniel J. Pochoda

HADSELL STORMER & RENICK LLP
   Dan Stormer
   Joshua Piovia Scott
   Cindy Pánuco

*Attorneys for Plaintiffs*