

**IntelliServe**
Prompt. Documented. Done.
Powered by IntelliQuick

IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 15231975
Client:

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF ARIZONA

PUENTE, AN ARIZONA NONPROFIT CORPORATION; PODER IN ACTION; et al.,
    Petitioner/Plaintiff(s),                      CASE #: CV18-2778-PHX-JJT

vs.

CITY OF PHOENIX, MUNICIPAL CORPORATION; JERI L. WILLIAMS;; et al.,
    Respondent/Defendant(s).                     AFFIDAVIT OF SERVICE

___Melissa Ruiz___, the undersigned, certifies under penalty of perjury: I am a certified private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUMMONS; COMPLAINT, EXHIBITS 8-14; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT, PODER IN ACTION; CORPORATE DISCLOSURE STATEMENT, PUENTE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE TO PARTIES OF MANDATORY INITIAL DISCOVERY PILOT PROJECT**

from ___**GLORIA TORRES** with **AMERICAN CIVIL LIBERTIES UNION OF ARIZONA**___ located in **Phoenix, AZ** on ___9/4/2018___. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in PHOENIX, ARIZONA.

**NAME:**    CITY OF PHOENIX CLERK - CRIS MEYER

**DATE & TIME***:    9/4/2018 @ 15:56
**ADDRESS:**    200 West Washington St 15th Floor, Phoenix, Arizona 85003,
**MANNER:**    by serving Connie Haesloop, Special Deputy City Clerk, a person authorized to accept this service.

_Melissa Ruiz, 8537_

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 16.00 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ 20.00 |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 87.00** |

State of **ARIZONA**    )
    ) ss.
County of **MARICOPA**    )

Subscribed and sworn before me on **September 12, 2018**.

_____
**NOTARY PUBLIC**

My Commission expires:



ALICIA RAMIREZ
Notary Public - Arizona
Maricopa County
My Comm. Expires Aug 29, 2019

* Time of service is reflected in Military Time.