# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; Poder in Action, an Arizona nonprofit corporation; Ira Yedlin; Janet Travis; Cynthia Guillen; Jacinta Gonzalez Goodman, individually and as class representatives,<br><br>   Plaintiffs,<br><br>v.<br><br>City of Phoenix, a municipal corporation; Jeri L. Williams; Benjamin Moore; Douglas McBride; Robert Scott; Christopher Turiano; Glenn Neville; John Sticca; Lane White; Jeffrey Howell; George Herr, individually and in their official capacities; and Does 1-20.<br><br>   Defendants. | Case No.: 18-CV-02778-JJT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING** |

This matter comes before the Court on Plaintiffs' Motion for a Temporary Restraining Order (Doc. ____) pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. The Court having considered all of the pleadings and supporting papers wherein Plaintiffs seek an order enjoining Defendants from conduct in connection with protests and demonstrations related to President Trump's upcoming appearance in Phoenix, Arizona,

**IT IS HEREBY ORDERED:**

A. Defendants shall not disperse anti-Trump protestors or forcefully interfere with or disrupt their exercise of First Amendment rights to speak and protest, and to associate with others with similar views, unless: (1) there is a valid and documented

justification for so doing such as a threat of imminent serious harms to others because of the actions of numerous protestors; if such actions are done by a small number of protestors they may be isolated and the protest continued; and (2) the assembly has been publicly declared to be unlawful on valid and documented grounds; and (3) adequate audible warnings have been given in English and Spanish about how to disperse and where the protest can re-convene; and (4) adequate audible warnings are given about the planned use of force by Defendants or their agents in English and Spanish before any force is used against any protestors.

B. Defendants shall not use projectile or chemical weapons against protestors in a manner contrary to legal requirements, manufacturers' directions, and PPD policy, including not aiming them at upper bodies or heads, nor firing at close range of any protestors.

Dated this \_\_\_\_ day of _____, 2018

_____
Hon. John J. Tuchi
United States District Judge