1   David B. Rosenbaum, 009819
2   Mary R. O'Grady, 011434
    Joshua M. Whitaker, 032724
3   OSBORN MALEDON, P.A.
    2929 North Central Avenue
4   21st Floor
5   Phoenix, Arizona  85012-2793
    (602) 640-9000
6   drosenbaum@omlaw.com
    mogrady@omlaw.com
7   jwhitaker@omlaw.com
8
    Attorneys for City of Phoenix
9

10              IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE DISTRICT OF ARIZONA
12

13  Puente, an Arizona nonprofit corporation;      No. CV-18-02778-PHX-JJT
    Poder in Action, an Arizona nonprofit
14  corporation; Ira Yedlin; Janet Travis;
    Cynthia Guillen; Jacinta Gonzalez             NOTICE OF APPEARANCE
15  Goodman, individually and as class
16  representatives

17                    Plaintiffs,

18  vs.

19
    City of Phoenix, a municipal corporation;
20  Jeri L. Williams; Benjamin Moore;
21  Douglas McBride; Robert Scott;
    Christopher Turiano; Glenn Neville; John
22  Sticca; Lane White; Jeffrey Howell;
23  George Herr; individually and in their
    official capacities; and Does 1-20,
24
                    Defendants.
25

26

27

28

1     NOTICE IS HEREBY GIVEN that David B. Rosenbaum, Mary R. O'Grady

2   and Joshua M. Whitaker of Osborn Maledon, P.A. will appear as counsel for the

3   defendants in this matter.  Their contact information is as follows:

4                                   David B. Rosenbaum
                                     Mary R. O'Grady
5                                   Joshua M. Whitaker
                                   Osborn Maledon, P.A.
6                            2929 N. Central Avenue, Suite 2100
                              Phoenix, Arizona  85012-2793
7                                 Phone:  (602) 640-9000
                                  drosenbaum@omlaw.com
8                                    mogrady@omlaw.com
                                    jwhitaker@omlaw.com
9

10        DATED this 19th day of September, 2018.

11
                                           OSBORN MALEDON, P.A.
12

13

14                             By      s/ Mary R. O'Grady
                                          David B. Rosenbaum
15                                        Mary R. O'Grady
                                          Joshua M. Whitaker
16                                        2929 North Central
                                          21st Floor
17                                        Phoenix, Arizona  85012-2793
                                          Attorneys for Defendants
18

19

20

21                          CERTIFICATE OF SERVICE

22   I hereby certify that on September 19, 2018, the attached document was electronically
     transmitted to the Clerk of the Court using the CM/ECF System which will send
23   notification of such filing and transmittal of a Notice of Electronic Filing to all
     CM/ECF registrants.
24

25      s/ Peggy L. Nieto

26

27

28
                                          2