**Office of the Phoenix City Attorney**
Brad Holm, City Attorney, no. 011237
Les S. Tuskai, no. 012582
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov
Attorneys for plaintiff City of Phoenix

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; Poder in Action, an Arizona nonprofit corporation; Ira Yedlin; Janet Travis; Cynthia Guillen; Jacinta Gonzalez Goodman, individually and as class representatives<br><br>    Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a municipal corporation; Jeri L. Williams; Benjamin Moore; Douglas McBride; Robert Scott; Christopher Turiano; Glenn Neville; John Sticca; Lane White; Jeffrey Howell; George Herr; individually and in their official capacities; and Does 1-20,<br><br>    Defendants. | No. CV-18-02778-PHX-JJT<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Brad Holm and Les Tuskai of the Office of the Phoenix City Attorney, will appear as counsel for the defendants in this matter. Their contact information is as follows:

/ / /

/ / /

1

Brad Holm, City Attorney, no. 011237
Les S. Tuskai, no. 012582
Office of the City Attorney
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
Brad.holm@phoenix.gov
Les.Tuskai@phoenix.gov
law.civil.minute.entries@phoenix.gov

**Office of the Phoenix City Attorney**
Brad Holm, City Attorney

By: _____*/s/ Les. S. Tuskai*_____
Brad Holm
Les S. Tuskai
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Attorneys for Plaintiff City of Phoenix

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

_____*/s/ Carol Aparicio*_____
2068342v1