David B. Rosenbaum, 009819
Mary R. O'Grady, 011434
Joshua M. Whitaker, 032724
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
mogrady@omlaw.com
jwhitaker@omlaw.com

Attorneys for City of Phoenix

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; Poder in Action, an Arizona nonprofit corporation; Ira Yedlin; Janet Travis; Cynthia Guillen; Jacinta Gonzalez Goodman, individually and as class representatives<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a municipal corporation; Jeri L. Williams; Benjamin Moore; Douglas McBride; Robert Scott; Christopher Turiano; Glenn Neville; John Sticca; Lane White; Jeffrey Howell; George Herr; individually and in their official capacities; and Does 1-20,<br><br>Defendants. | No. CV-18-02778-PHX-JJT<br><br>NOTICE RELATING TO MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiffs' Motion for Temporary Restraining Order ("Motion") is based on press reports of "an upcoming appearance by President Trump reported to occur some time in September 2018." TRO Application at 3. The City of Phoenix has confirmed that President Trump will *not* be appearing in Phoenix in September 2018. No appearance by the President in Phoenix is currently scheduled.

Undersigned counsel has provided this information to Plaintiffs' counsel and requested that the Motion be withdrawn, consistent with the Motion's statement (at note 2) that "Plaintiffs will withdraw this Motion if it is announced that Trump will not appear in Phoenix."

This notice is filed to provide this information to the Court in advance of the telephonic hearing concerning scheduling because the Motion should be withdrawn.

DATED this 20th day of September, 2018.

OSBORN MALEDON, P.A.

By      s/ Mary R. O'Grady
        David B. Rosenbaum
        Mary R. O'Grady
        Joshua M. Whitaker
        2929 North Central
        21st Floor
        Phoenix, Arizona  85012-2793
        Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

  s/Peggy L. Nieto