Dan Stormer, Esq. (CA Bar # 101967)*
Cindy Pánuco, Esq. (CA Bar #266921)*
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         cpanuco@hadsellstormer.com

Joshua Piovia-Scott, Esq. (CA Bar #222364)*
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: jps@hadsellstormer.com

Attorneys for Plaintiffs

[Additional counsel cont. on next page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, a municipal corporation; et al., <br><br> Defendants. | Case No. CV-18-02778-PHX-JJT <br><br> **PLAINTIFFS' NOTICE OF COMPLIANCE** |

[Additional counsel cont. from first page]

Kathleen E. Brody (Bar No. 026331)
Darrell L. Hill (Bar No. 030424)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
Emails: kbrody@acluaz.org
　　　　dhill@acluaz.org

Daniel J. Pochoda (Bar No. 021979)
c/o ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-532-0486
Email: danpoc@cox.net

* *Pro hac vice*

Plaintiffs hereby give notice they have complied with the Court's Order dated September 5, 2018 (Doc. 8). On September 19, 2018 Plaintiffs' counsel served Defendants with the Order via electronic mail upon the following defense counsel:

> David B. Rosenbaum
> Mary R. O'Grady
> Joshua M. Whitaker
> Osborn Maledon, P.A.
> drosenbaum@omlaw.com
> mogrady@omlaw.com
> jwhitaker@omlaw.com
>
> Brad Holm, City Attorney
> Les S. Tuskai
> Office of the City Attorney
> Brad.holm@phoenix.gov
> Les.Tuskai@phoenix.gov

Dated this 24th day of September, 2018.

ACLU FOUNDATION OF ARIZONA

By *Kathleen E. Brody*
Kathleen E. Brody
Darrell L. Hill

HADSELL STORMER & RENICK LLP

Dan Stormer
Josh Piovia-Scott
Cindy Pánuco

DANIEL J. POCHODA

Daniel J. Pochoda

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on 24th day of September, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Kathleen E. Brody*
Kathleen E. Brody