Dan Stormer, Esq. (CA Bar # 101967)*
Cindy Pánuco, Esq. (CA Bar #266921)*
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cpanuco@hadsellstormer.com

Joshua Piovia-Scott, Esq. (CA Bar #222364)*
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: jps@hadsellstormer.com

Attorneys for Plaintiffs

[Additional counsel cont. on next page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, a municipal corporation; et al., <br><br> Defendants. | Case No. CV-18-02778-PHX-JJT <br><br> **PLAINTIFFS' NOTICE OF LODGING NON-ELECTRONIC EXHIBITS** |

[Additional counsel cont. from first page]

Kathleen E. Brody (Bar No. 026331)
Darrell L. Hill (Bar No. 030424)
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-650-1854
Emails: kbrody@acluaz.org
         dhill@acluaz.org

Daniel J. Pochoda (Bar No. 021979)
c/o ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: 602-532-0486
Email: danpoc@cox.net

\* *Pro hac vice*

Pursuant to the Court's Order dated September 20, 2018 (Doc. 19), Plaintiffs are filing with the Court on this date the following Non-Electronic Exhibits.

| Exhibit | Description |
|---|---|
| 2 | Video of Chief Williams, Mayor Stanton, and Others Addressing Trump Rally and Protest (Aug. 22, 2017) |
| 4 | Video of Chief Williams Addressing After Action Report |
| 29 | CBS 5 News Report of Phoenix Police's Tactics During Trump Rally and Protest (Aug. 23, 2017) |
| 35 | Officer Body Camera Footage (Aug. 22, 2017) |
| 36 | Officer Body Camera Footage (Aug. 22, 2017) |
| 40 | Instagram clip from user @dbeishline from the Trump Rally Protest posted August 22, 2017 |
| 44 | Officer Body Camera Footage (Aug. 22, 2017) |

Plaintiffs will serve copies of the foregoing non-electronic exhibits upon defendants' counsel via hand-delivery on September 25, 2018. Specifically as follows:

>    David B. Rosenbaum
>    Mary R. O'Grady
>    Joshua M. Whitaker
>    Osborn Maledon, P.A.

Dated this 25th day of September, 2018.

>    ACLU FOUNDATION OF ARIZONA
>
>    By *Kathleen E. Brody*
>        Kathleen E. Brody
>        Darrell L. Hill
>
>    HADSELL STORMER & RENICK LLP
>
>        Dan Stormer
>        Josh Piovia-Scott
>        Cindy Pánuco
>
>    DANIEL J. POCHODA
>
>        Daniel J. Pochoda
>
>    *Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on 25th day of September, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Kathleen E. Brody*
Kathleen E. Brody

2