# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, *et al.*, | No. CV-18-02778-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

At issue is the Parties' Joint Notice of Discovery Dispute over Privilege Issues (Doc. 72).

**IT IS HEREBY ORDERED** referring the current discovery dispute outlined in their Joint Notice of Discovery Dispute (Doc. 72) to Magistrate Judge Deborah M. Fine for resolution of those disputes and the determination of any appropriate sanctions;

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of Magistrate Judge Deborah M. Fine to facilitate a schedule and plan for the resolution of the discovery matters, with formulation of that schedule and plan left to the sound discretion of the Magistrate Judge.

Dated this 22nd day of January, 2018.

Honorable John J. Tuchi
United States District Judge