# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | No. CV-18-02778-PHX-JJT <br><br> **ORDER** |

At issue is the Stipulated Motion to Amend Scheduling Order (Doc. 230). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Stipulated Motion to Amend Scheduling Order (Doc. 230) as follows:

| Description | Current Deadline | New Deadline |
|---|---|---|
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial | September 25, 2020 | September 25, 2020 (no change) |
| All dispositive motions, including *Daubert* motions | May 1, 2020 | May 8, 2020 |
| Good faith settlement discussions | May 22, 2020 | May 22, 2020 (no change) |

1  All other aspects of the Court's November 13, 2019 Scheduling Order (Doc. 48), as
2  modified (Docs. 164, 204, 208, 215, 222, 229) shall remain in effect.
3  Dated this 29th day of April, 2020.

Honorable John J. Tuchi
United States District Judge