Dan Stormer, Esq. (CA Bar # 101967) (*pro hac vice*)
Shaleen Ameeta Shanbhag (CA Bar # 301047) (*pro hac vice*)
HADSELL STORMER & RENICK LLP
128 N Fair Oaks Avenue
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         sshanbhag@hadsellstormer.com

Kathleen E. Brody (AZ Bar No. 026331)
Mitchell Stein Carey Chapman, PLC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 388-8958
Facsimile:  (602)358-0291
Email:  kathy@mscclaw.com

*Attorneys for Plaintiffs*
[Additional counsel cont. on next page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; Poder in Action, an Arizona nonprofit corporation; Ira Yedlin; Janet Travis; Cynthia Guillen; Jacinta Gonzalez Goodman, individually and as class representatives, <br><br>               Plaintiffs, <br><br>v. <br><br>City of Phoenix, a municipal corporation; Jeri L. Williams; Benjamin Moore; Douglas McBride; Robert Scott; Christopher Turiano; Glenn Neville; John Sticca; Lane White; Jeffrey Howell; George Herr, individually and in their official capacities; and Does  1-20. <br><br>               Defendants. | No. CV 18-2778-PHX-JJT <br><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS** |

1
Jared G. Keenan (AZ Bar # 027068)
ACLU FOUNDATION OF ARIZONA
2
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
3
Telephone:  (602) 532-0486
Email: dhill@acluaz.org
4
        jkeenan@acluaz.org

5
Barrett S. Litt (CA Bar # 45527) (*pro hac vice*)
KAYE, MCLANE, BEDNARSKI & LITT, LLP
6
975 E. Green Street
7
Pasadena, CA 91106
Telephone:  (626) 844-7660
8
Email:  Blitt@kmbllaw.com

9
Paul L. Hoffman (CA Bar # 71244) (*pro hac vice*)
John C. Washington (CA Bar # 315991) (*pro hac vice*)
10
SCHONBRUN DESIMONE SEPLOW HARRIS &
HOFFMAN, LLP
11
200 Pier Ave., Ste. 226
12
Hermosa Beach, CA  90254
Email: Jwashington.sshh@gmail.com
13
        hoffpaul@aol.com

14
Neel Chatterjee (CA Bar # 173985) (*pro hac vice*)
GOODWIN PROCTOR LLP
15
601 Marshall Street
Redwood City, CA 94063
16
Telephone: (650) 752-3100
17
Emails:  nchatterjee@goodwinlaw.com

18
Sean M. Galvin (NY Bar # 570313) (*pro hac vice*)
GOODWIN PROCTOR LLP
19
620 Eighth Avenue
New York, NY 10018
20
Emails:  seangalvin@goodwinlaw.com

21
Cindy Panuco
Joanna Elizabeth Adler (*pro hac vice*)
22
Nisha Kashyap (*pro hac vice*)
PUBLIC COUNSEL
23
6120 S. Ardmore Avenue
Los Angeles, CA  90005-2322
24
Emails: cpanuco@publiccounsel.org
25
        jadler@publiccounsel.org
        nkashyap@publiccounsel.org
26
*Attorneys for Plaintiffs*
27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Puente, Poder in Action, Janet Travis, Ira Yedlin, Cynthia Guillen, and Jacinta Gonzalez Goodman ("Plaintiffs") by and through their attorneys; and Defendants City of Phoenix, Chief Jeri L. Williams, Lieutenant Benjamin Moore, Sergeant Douglas McBride, Officer Robert Scott, Officer Christopher Turiano, Officer Glenn Neville, Officer John Sticca, Officer Lane White, Officer Jeffrey Howell, and Officer George Herr ("Defendants"), by and through their attorneys, stipulate as follows:

Plaintiffs and Defendants stipulate to dismissal with prejudice of Plaintiffs' claims in their entirety against Defendants Officer Neville, Officer Sticca, and Officer White only.

In addition, Plaintiffs and Defendants stipulate to dismissal with prejudice of:

1. Plaintiffs Puente, Poder in Action, and Gonzalez Goodman's claims against Defendants Officer Scott, Officer Turiano, Officer Howell, and Officer Herr.
2. Plaintiff Yedlin's claims against Defendant Officer Turiano.
3. Plaintiff Travis's claims against Defendants Officer Scott and Officer Herr.

Plaintiffs' counsel have concluded, based on their review of the evidence, that the dismissal of these defendants is in the class's best interest and that no notice or hearing is required because all classwide causes of action remain against the remaining defendants, leaving the class members' litigation prospects unchanged as a practical matter. Defendants concur that no notice and hearing are required.

Each party will bear their own attorneys' fees and costs.

DATED this 6th day of May, 2020.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: _/s/ Kathleen E. Brody_

One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004

-3-

PUBLIC COUNSEL
Cindy Panuco
Nisha Kashyap
Joanna E. Adler

HADSELL STORMER & RENICK LLP
Dan Stormer
Shaleen Ameeta Shanbhag

KAYE, MCLANE, BEDNARSKI & LITT, LLP
Barrett S. Litt

ACLU FOUNDATION OF ARIZONA
Jared G. Keenan

GOODWIN PROCTOR LLP
Neel Chatterjee
Julia W. Zhang
Sean M. Galvin

SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
Paul L. Hoffman
John C. Washington

Attorneys for Plaintiffs

OSBORN MALEDON, P.A.

By:   */s/  Joshua M. Whitaker (with permission)*
      David B. Rosenbaum
      Mary R. O'Grady
      Joshua M. Whitaker
      2929 N. Central Avenue, 21st Floor
      Phoenix, AZ 85012

      MANNING & KASS
      ELLROD, RAMIREZ, TRESTER, LLP
      Mildred K. O'Linn
      Nishan J. Wilde
      3636 N. Central Avenue, 11th Floor
      Phoenix, AZ 85012

      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on May 6, 2020, I electronically transmitted a PDF version of the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

 */s/ J. Greenwood*