David B. Rosenbaum, 009819
Mary R. O'Grady, 011434
Joshua M. Whitaker, 032724
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
mogrady@omlaw.com
jwhitaker@omlaw.com

Mildred K. O'Linn (admitted *pro hac vice*)
Nishan J. Wilde, 031447
MANNING & KASS
ELLROD, RAMIREZ, TRESTER, LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
(602) 313-5469
mko@manningllp.com
njw@manningllp.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, et al., | No. CV-18-02778-PHX-JJT |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION TO FILE UNREDACTED VERSIONS OF CERTAIN DOCUMENTS UNDER SEAL** |
| City of Phoenix, et al., | |
| Defendants. | **-AND-** |
| | **NOTICE OF LODGING UNDER SEAL** |

Pursuant to LRCiv 5.6, Defendants move for an order directing the Clerk to file under seal unredacted versions, currently being lodged under seal, of (1) Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment, and (2) Defendants' Controverting and Additional Statement of Facts.

Redacted versions of each document were filed earlier today.  (Docs. 285, 286.) The redactions make up a small part of each document.  The redacted portions relate to

(1) Secret Service policies, (2) the President's movements, (3) the content of certain PPD policies regarding tactics at civil disturbances, (4) certain radio communications among PPD officers, and/or (5) one officer's private communications.

The Court previously granted the parties' motions to seal substantively identical information. (*See* Doc. 274.) Defendants request that this information be likewise sealed.

DATED this 2nd day of July, 2020.

OSBORN MALEDON, P.A.

By___s/Joshua M. Whitaker_____
    David B. Rosenbaum
    Mary R. O'Grady
    Joshua M. Whitaker
    2929 North Central Avenue, 21st Floor
    Phoenix, Arizona 85012-2793

    MANNING & KASS
    ELLROD, RAMIREZ, TRESTER, LLP
    Mildred K. O'Linn
    Nishan J. Wilde
    3636 North Central Avenue, 11th Floor
    Phoenix, Arizona 85012

    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on July 2, 2020, I served the attached document by first-class mail on the Honorable John J. Tuchi, United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 525, 401 West Washington Street, SPC 83, Phoenix, Arizona 85003-2161.

    s/Karen McClain_____

8580147

- 2 -