IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | No. CV-18-02778-PHX-JJT <br><br> **ORDER** |

At issue is Defendants' Motion to File Unredacted Version of Certain Document Under Seal (Doc. 288) and "Plaintiffs' Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment on Classwide Claims, Controverting Statement of Facts in Opposition to Defendants' Motions for Summary Judgment, and Exhibits in Support of Plaintiffs' Controverting Statement of Facts" (Doc. 297). Upon review and good cause appearing, the Court will grant both Motions.

IT IS HEREBY ORDERED granting Defendants' Motion to File Unredacted Version of Certain Document Under Seal (Doc. 288).

IT IS FURTHER ORDERED granting "Plaintiffs' Motion to Seal Their Opposition to Defendants' Motion for Summary Judgment on Classwide Claims, Controverting Statement of Facts in Opposition to Defendants' Motions for Summary Judgment, and Exhibits in Support of Plaintiffs' Controverting Statement of Facts" (Doc. 297).

. . . .

. . . .

IT IS FURTHER ORDERED directing the Clerk of Court to file under seal the documents lodged under seal at Documents 289, 290, 298, 299 and 300.

Dated this 8th day of July, 2020.

_____
Honorable John J. Tuchi
United States District Judge