David B. Rosenbaum, 009819
Mary R. O'Grady, 011434
Joshua J. Messer, 035101
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
mogrady@omlaw.com
jmesser@omlaw.com

Mildred K. O'Linn (admitted *pro hac vice*)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER, LLP
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
(602) 313-5469
mko@manningllp.com

Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-18-02778-PHX-JJT <br><br> **MOTION FOR REALIGNMENT OF COUNSEL FOR DEFENDANTS** |

Pursuant to LRCiv 83.3(b), the firms Osborn Maledon and Manning & Kass move for an order approving the withdrawal of each firm's lawyers from the representation of certain defendants. Each defendant will continue to be represented by one set of its existing counsel. Thus, this motion does not seek the substitution of new counsel. The reason for this motion is to minimize the possibility of future conflicts among Defendants should the case proceed beyond the pending cross motions for summary judgment. Undersigned counsel states that all of their clients are aware of and approve this reorganization of their representation.

Specifically, this motion requests entry of Defendants' proposed order providing that (1) counsel at Osborn Maledon—David B. Rosenbaum, Mary R. O'Grady and Joshua J. Messer—will no longer be counsel of record for Defendants Benjamin Moore, Douglas McBride, Robert Scott, Christopher Turiano, Jeffrey Howell, and George Herr and will continue as counsel for Defendants City of Phoenix and Jeri L. Williams; and (2) counsel at Manning & Kass—Mildred K O'Linn—will no longer be counsel of record for Defendants City of Phoenix and Jeri L. Williams and will continue as counsel for Defendants Benjamin Moore, Douglas McBride, Robert Scott, Christopher Turiano, Jeffrey Howell and George Herr.

DATED this 20th day of October 2021.

OSBORN MALEDON, P.A.

By  s/ Joshua J. Messer
David B. Rosenbaum
Mary R. O'Grady
Joshua J. Messer
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

MANNING & KASS
ELLROD, RAMIREZ, TRESTER, LLP
Mildred K. O'Linn
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012

Attorneys for Defendants