**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, *et al.*, | No. CV-18-02778-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs Puente, Poder in Action, Ira Yedlin, Janet Travis, Cynthia Guillen, and Jacinta Gonzalez Goodman's Unopposed Rule 54(b) Motion for Entry of Final Judgment on Decided Claims (Doc. 340).

In the Court's February 7, 2022 Order (Doc. 336, "Summary Judgment Order"), the Court (a) granted Defendants' Motion for Summary Judgment as to Plaintiffs' Classwide Claims (Docs. 271, 276 (filed under seal)); (b) granted summary judgment to Defendants on the claims brought by Plaintiffs Puente, Poder in Action, and Jacinta Gonzalez Goodman; (c) granted summary judgment to Defendants on Claims Two, Three, and Four as those claims relate to all the individual Plaintiffs; (d) granted summary judgment to Defendant City of Phoenix on Plaintiffs' claims of municipal liability; and (e) granted summary judgment on Plaintiffs' claims of supervisory liability against Defendant Jeri L. Williams (collectively, "Decided Claims").

Having considered Plaintiffs' present Motion and reviewed the record in this case, the Court finds there is no just reason for delay in the entry of final judgment for the

Decided Claims. Defendants Moore, McBride, Scott, Turiano, Howell, and Herr have noticed an interlocutory appeal of this Court's Summary Judgment Order, and the Court has stayed the remaining proceedings pending the outcome of that appeal.[1] (Doc. 340.) Under these circumstances, allowing Plaintiffs to seek an appeal of the Decided Claims will serve judicial economy and avoid piecemeal review of the Summary Judgment Order.

**IT IS THEREFORE ORDERED** granting Plaintiffs Puente, Poder in Action, Ira Yedlin, Janet Travis, Cynthia Guillen, and Jacinta Gonzalez Goodman's Unopposed Rule 54(b) Motion for Entry of Final Judgment on Decided Claims (Doc. 340).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter partial final judgment as follows:

(a) in Defendants' favor on Plaintiffs' Classwide Claims (all Claims), including all classwide claims for injunctive relief or punitive damages;

(b) in Defendants' favor on all claims brought by Puente, Poder in Action, and Jacinta Gonzalez Goodman in their individual capacity (all Claims);

(c) in Defendants' favor on Claims Two (First Amendment), Three (Substantive Due Process), and Four (Equal Protection), as brought by all Plaintiffs in their individual capacity;

(d) in Defendant City of Phoenix's favor on all claims brought by Plaintiffs against the City (*i.e.*, all claims of municipal liability); and

(e) in Defendant Jeri L. Williams's favor on all claims brought by Plaintiffs against her (*i.e.*, all claims of supervisory liability).

Dated this 21st day of April, 2022.

Honorable John J. Tuchi
United States District Judge

---

[1] Entry of partial final judgment has no impact on the excessive force claims (Claim One) brought by Plaintiffs Ira Yedlin, Janet Travis, and Cynthia Guillen against Defendants Moore, McBride, Scott, Turiano, Howell, and Herr. Those claims will proceed to trial, pending the resolution of the individual Defendants' appeal of the Court's Summary Judgment Order denying qualified immunity on Claim One.