NEEL CHATTERJEE (CA Bar No. 173985) (*pro hac vice*)
nchatterjee@goodwinlaw.com
ALEXIS COLL-VERY (CA Bar No. 212735) (*pro hac vice*)
acollvery@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA  94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

STELLA PADILLA (CA Bar No. 301590) (*pro hac vice*)
spadilla@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Telephone: +1 424 252 6400

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Puente, an Arizona nonprofit corporation; Poder in Action, an Arizona nonprofit corporation; Ira Yedlin; Janet Travis; Cynthia Guillen; Jacinta Gonzalez Goodman, individually and as class representatives,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a municipal corporation; Jeri L. Williams; Benjamin Moore; Douglas McBride; Robert Scott; Christopher Turiano; Glenn Neville; John Sticca; Lane White; Jeffrey Howell; George Herr, individually and in their official capacities; and Does 1-20.,<br><br>Defendants. | Case No. 2:18-cv-02778-JJT<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

NOTICE IS HEREBY GIVEN THAT Plaintiffs-Appellants Puente, Poder in Action, Ira Yedlin, Janet Travis, Cynthia Guillen, and Jacinta Gonzalez Goodman (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's April 22, 2022 Judgment (Doc. 342) ("Judgment"), entered in this action by the Clerk of Court, and the Order entered in this action by the Honorable John J. Tuchi, United States District Judge, on April 21, 2022 (Doc. 341) ("April 21 Order"), and each and every part thereof insofar as adverse to Plaintiffs, and any and all orders, decisions, and rulings that gave rise to the Judgment and the April 21 Order, including but not limited to the Order entered in this action by the Honorable John J. Tuchi, United States District Judge, on February 7, 2022 (Doc. 336) ("MSJ Order").  The Judgment granted partial final judgment:  (a) in Defendants' favor on Plaintiffs' Classwide Claims, including all classwide claims for injunctive relief or punitive damages; (b) in Defendants' favor on all claims brought by Puente, Poder in Action, and Jacinta Gonzalez Goodman in their individual capacity; (c) in Defendants' favor on Claims Two, Three, and Four as those claims relate to all Plaintiffs in their individual capacity; (d) in Defendant City of Phoenix's favor on all claims brought by Plaintiffs against the City (i.e., all claims of municipal liability); and (e) in Defendant Jeri L. Williams's favor on all claims brought by Plaintiffs against her (i.e., all claims of supervisory liability).

Appellant's Representation Statement is attached to this Notice as Exhibit A, as required by Ninth Circuit Rule 3-2(b).

A true and correct copy of the Judgment is attached hereto as Exhibit B.  A true and correct copy of the April 21 Order is attached hereto as Exhibit C.  A true and correct copy of the MSJ Order is attached to this Notice as Exhibit D.

| | | |
|---|---|---|
| 1 | Dated: April 29, 2022 | Respectfully submitted, |
| 2 | | By: /s/ *Alexis Coll-Very* |
| | | NEEL CHATTERJEE (CA Bar No. 173985) (*pro hac vice*) |
| 3 | | nchatterjee@goodwinlaw.com |
| 4 | | ALEXIS COLL-VERY (CA Bar No. 212735) (*pro hac vice*) |
| 5 | | acollvery@goodwinlaw.com |
| | | **GOODWIN PROCTER LLP** |
| 6 | | 601 Marshall Street |
| | | Redwood City, CA 94063 |
| 7 | | Tel.: (650) 752-3100 |
| 8 | | STELLA PADILLA (CA Bar No. 301590) (*pro hac vice*) |
| 9 | | spadilla@goodwinlaw.com |
| | | **GOODWIN PROCTER LLP** |
| 10 | | 520 Broadway, Suite 500 |
| | | Santa Monica, CA 90401 |
| 11 | | Telephone: (424) 252 6400 |
| 12 | | MEGAN D. BETTLES (CA Bar No. 328161) (*pro hac vice*) |
| 13 | | mbettles@goodwinlaw.com |
| | | **GOODWIN PROCTER LLP** |
| 14 | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4003 |
| 15 | | Tel.: (415) 733-6000 |
| 16 | | DAN STORMER (CA Bar No. 101967) (*pro hac vice*) |
| 17 | | dstormer@hadsellstormer.com |
| | | SHALEEN AMEETA SHANBHAG (CA Bar No. 301047) (*pro hac vice*) |
| 18 | | sshanbhag@hadsellstormer.com |
| 19 | | **HADSELL STORMER RENICK & DAI LLP** |
| 20 | | 128 N. Fair Oaks Avenue |
| | | Pasadena, CA 91103 |
| 21 | | Tel.: (626) 585-9600 |
| 22 | | KATHLEEN E. BRODY (Bar No. 026331) |
| | | kathy@mscclaw.com |
| 23 | | **MITCHELL STEIN CAREY CHAPMAN, PLC** |
| 24 | | 2600 N. Central Avenue |
| | | Suite 1000 |
| 25 | | Phoenix, AZ 85004 |
| | | Tel. (602) 388-8958 |
| 26 | | Fax: (602)358-0291 |
| 27 | | JARED G. KEENAN (Bar No. 027068) |
| | | jkeenan@acluaz.org |
| 28 | | **ACLU FOUNDATION OF ARIZONA** |

3707 North 7th Street, Suite 235
Phoenix, AZ  85014
Tel.: (602) 650-1854

BARRETT S. LITT (CA Bar No. 45527) (*pro hac vice*)
*Blitt@kmbllaw.com*
**MCLANE, BEDNARSKI & LITT, LLP**
975 E. Green Street
Pasadena, CA 91106
Tel.: (626) 844-7660

PAUL L. HOFFMAN (CA Bar No. 71244) (*pro hac vice*)
*hoffpaul@aol.com*
JOHN C. WASHINGTON (CA Bar No. 315991) (*pro hac vice*)
*Jwashington.sshh@gmail.com*
**SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES LLP**
200 Pier Ave., Ste. 226
Hermosa Beach, CA 90254

CINDY PÁNUCO (CA Bar # 266921) (*pro hac vice*)
*cpanuco@publiccounsel.org*
NISHA KASHYAP (CA Bar No. 301934) (*pro hac vice*)
*nkashyap@publiccounsel.org*
JOANNA ELIZABETH ADLER (CA Bar No. 318306) (*pro hac vice*)
*jadler@publiccounsel.org*

**PUBLIC COUNSEL**
610 S. Ardmore Avenue
Los Angeles, CA 90005
Tel.: (213) 385-2977

Attorneys for Plaintiffs

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic filing.

*/s/ Alexis Coll-Very*
ALEXIS COLL-VERY

4